PAGE 1

MICHAEL LOVERING

V

STATE OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
U.S. DISTRICT
DISTRICT
'16 JAN 15 AM 1: 0

① JURISDICTION

FEDERAL QUESTION (U.S. GOVERMENT NOT A PARTY)

14th AMENDMENT SEC 1 EQUAl PROTECTION

AND SUBSTANTIVE DUE PROCESS

** (SELECTIVE INCORPORATION)

PAGE 2

② <u>ALLEGATIONS</u>

THE STATE OF MASSACHUSETTS REFUSES to ISSUE ME A FIRE ARMS LICENSE FOR THE SOLE REASON tHAt THEY FIND ME TO BE AN " <u>UNSUITABLE</u> <u>PERSON</u> "

③ THE DESIGNATION " <u>UNSUITABLE</u> <u>PERSON</u> " HAS NO LEGAL DEFINITION.

THIS DESIGNATION HAS BEEN USED IN THE PAST BY SOME STATES FOR RACISM AND DISCRIMINATION.

④ ORIGIN OF THIS " UNSUITABLE PERSON " DESIGNATION GO BACK to AFTER PASSAGE OF THE 13th AMENDMENT WHEN " <u>BLACK</u> <u>CODES</u> " WERE USED By SOME STATES to RESTRICT AND DENY CIVIL Rights to FREE BLACKS.

⑤ THESE ABUSES BY SOME OF THE STATES CAUSED THE 14th AMENDMENT to BECOME LAW.

NOW All PEOPle CAN HAVE EQUAl PROTECTION IN EVERY JURISDICTION.

PEOPLE IN EVERY STATE HAVE THE Right to SUBSTANTIVE DUE PROCESS to MAKE SURE EVERY STATE IS NOT VIOLATING ANY OF ITS CITIZENS Rights.

⑥ AN EXAMPLE THAT DIRECTLY LINKS THE DESIGNATION "UNSUITABLE PERSON" to RACISM AND DISCRIMINATION IS THE SULLIVAN LAW OF 1923 IN NEW YORK WAS USED to DESIGNATE IMMIGRANTS to BE AN "UNSUITABLE PERSON" FOR THE PURPOSE OF RESTRICTING THEIR CIVIL RIGHTS AND OWNING FIRE ARMS.

⑦ THE ABSOLUTE DIFINITIVE PROOF THAT THE STATE OF MASSACHUSETTS HAS VIOLATED MY RIGHTS AS A CITIZEN UNDER THE 14TH AMENDMENT IS THAT I CAN RELOCATE TO THE STATE OF NEW HAMPSHIRE APROXIMATLY 35 MILES NORTH OF WHERE I LIVE, TURN IN MY MASSACHUSETTS DRIVERS LICENSE FOR A NEW HAMPSHIRE DRIVERS LICENSE, I COULD THEN GO TO A FIRE ARMS DEALER IN NEW HAMPSHIRE, THEY RUN A BACK GROUND CHECK, I THEN COULD PURCHACE ANY FIRE ARM THAT I WANT.
NEW HAMPSHIRE AND ALMOST ALL OTHER STATES DO NOT HAVE THIS "UNSUITABLE PERSON" DESIGNATION IN THEIR FIRE ARM LAWS.
MY QUESTION to THE COURT IS:
HOW IS THIS EQUAL PROTECTION OR EQUAL ACCESS?

(8) THE STATE OF MASSACHUSETTS DOES NOT ALLOW CITIZENS it DESIGNATES TO BE AN "UNSUITABLE PERSON" to HAVE THE RIGHT TO SUBSTANTIVE DUE PROCESS BECAUSE THE STATE UNDERSTANDS WHAT THEY ARE DOING will NOT HOLD UP TO THE JUDICIAl REVIEW OF THE FEDERAl GOVERMENT. THIS IS WHY I SEEK RELIEF FROM THIS COURT.

(9) SUPREME COURT DECISION MCDONALD V CHICAGO 2010 THE FOURTEENTH AMENDMENT MAKES THE SECOND AMENDMENT RIGHT TO KEEP AND BEAR Fully ApplicABlE TO STATES.

(10) ANY STATE OR LOCAl GOVERMENT CAN only Limit THE SECOND AMENDMENT TO THE SAME EXTENT THAT THE FEDERAL GOVERMENT LiMits THE SECOND AMENDMENT.

(11) SUPREME COURT GIVES ADDED PROTECTION TO THE FIRST 8 AMENTMENS OF THE Bill oF Rights A PROCESS KNOW AS SELECTIVE INCORPORATION BECAUSE THE COURT VIEWS THESE RIGHts AS FUNDAMENTAl TO THE NATION.

# RELIEF

① I ASK THE COURT to MAKE THE STATE OF MASSACHUSETTS REMOVE THE "UNSUITABLE PERSON" DESIGNATION FROM THEIR FIRE ARMS LAWS.

② I ASK THE COURT FOR $5000.00 IN COMPENSATORY DAMAGES. (FIVE THOUSAND)

③ FOR THE BLATANT VIOLATION OF MY CIVIL RIGHTS I ASK FOR PUNITIVE DAMAGES IN THE AMOUNT OF $50,000,000.00 (FIFTY MILLION)

④ LASTly IF THE COURT SEES FIT I would ASK THE COURT to REVIEW All OF THE MASSACHUSETTS STATE FIREARMS LAWS TO MAKE SURE THERE ARE NO OTHER VIOLATIONS to CITIZENS RIGHTS. I THINK THERE ARE MANY MORE VIOLATIONS.

THE PLAINtIFF DEMANDS A TRIAL
By JURY.

Michael Lovering

MICHAEl LOVERING
96 NEWBURY ST UNIt 5B
DANVERS MA 01923
TEL# 978-979-9872